UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMERALDA OCAMPO, et al., ) | Case No.: 1:10-cv-01411 AWI JLT |
| Plaintiffs, ) | ORDER GRANTING REQUEST FOR DISMISSAL |
| v. ) | (Doc. 11) |
| WEEKS WHOLESALE ROSE GROWER, INC., et al., ) | |
| Defendants. ) | |

On December 3, 2012, the Court ordered Plaintiffs to show cause why the matter should not be dismissed based upon their failure to comply with the Court's orders and to prosecute this action. (Doc. 10)  This order was based upon the Court's earlier order in which Plaintiffs' were required to notify the Court whether it would pursue any non-bankrupt defendants in this action or whether they would proceed only in bankruptcy court against Defendant Weeks Wholesale Rose Grower, Inc. (Doc. 6)

On December 3, 2012, Plaintiffs responded and noted that their failure to notify the Court that they would proceed only in the bankruptcy action filed by Weeks Wholesale Rose Grower, Inc., was inadvertent.  (Doc. 11)  In addition, Plaintiffs reported that the bankruptcy action has concluded and this matter should be dismissed.  Id. at 2.

///

1

**ORDER**

Therefore, based upon the request of Plaintiffs, the Court **ORDERS**:

1. The request to dismiss this matter is **GRANTED**;

2. Because this order terminates this litigation in its entirety, the Court DIRECTS the Clerk of the Court to close this matter.

IT IS SO ORDERED.

Dated:   December 5, 2012

UNITED STATES DISTRICT JUDGE